09-891 (KSH)

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

RECEIVED

UNITED STATES OF AMERICA          :          ORDER FOR RETURN OF    NOV 2 7 2012

                                  :                                AT 8:30
          VS.                                DEPOSIT FOR BAIL  WILLIAM T. WALSH
                                  :

ROMAN CASTILLO-GARCIA             :          RECOG. NEW1926
                                             Case No. DNJX209MJ400401-001
                                  :                   DNJX209CR000891-001

          It appearing to the Court that the above-named defendant was

held in bail by the United States District Court for the District of New

Jersey for her appearance before this Court, and that the sum of Fifteen

thousand dollars ($15,000.00) was deposited in the registry of this Court

as security for the said recognizance; and it further appearing that the

purposes of said recognizance have been fulfilled and the said recognizance

has been duly canceled of record, it is, on this __19th__ day of November,

2012

     **ORDERED** that the sum of Fifteen thousand dollars ($15,000.00) so

deposited as aforesaid be returned to Margarita Tejada 190-05 Hillside

Ave., Apt 5 R, Holles, NY, 11423, the surety of said recognizance.


                                   _Jerome B. Simandle_
                                   Jerome B. Simandle, CHIEF JUDGE
                                   UNITED STATES DISTRICT COURT

2012 DEC 4 AM 11 03
CLERK, U.S. DISTRICT COURT
DISTRICT OF NEW JERSEY
RECEIVED